IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON MCNEAL,<br><br>      Plaintiff,<br><br>  vs.<br><br>CREDIT ONE BANK, N.A., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | **8:25CV671**<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant Credit One Bank, N.A. Filing 9. Plaintiff seeks dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own fees and costs. Filing 9 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant Credit One Bank, N.A., Filing 9, is accepted, and this case is dismissed without prejudice as to Defendant Credit One Bank, N.A., only, with each party to bear its own fees and costs.

Dated this 12th Day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1