IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON MCNEAL,<br><br>             Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., and EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br>             Defendants. | 8:25CV671<br><br><br>**ORDER ON SECOND NOTICE OF**<br>**DISMISSAL** |

This case is before the Court on Plaintiff's Notice of Dismissal as to Defendant Equifax Information Services, LLC. Filing 12. Plaintiff seeks dismissal of this last remaining Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own fees and costs. Filing 12 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Dismissal as to Defendant Equifax Information Services, LLC, Filing 12, is accepted, and this case is dismissed with prejudice as to Defendant Equifax Information Services, LLC, with each party to bear its own fees and costs.

The Clerk of Court shall close the case.

Dated this 7th Day of April, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1